UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAYLOR A. CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C24-0608JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' stipulated motion (Stip. (Dkt. # 28)) to substitute corrected versions of Plaintiff's motion to exclude the opinion testimony of Fred Reinke (MTE (Dkt. # 24)) and the accompanying declaration of Jason L. Simmons (Simmons Decl. (Dkt. # 25)) for the versions currently filed on the docket. The court GRANTS the parties' motion in part. The court cannot substitute a new version of a document for a document that has already been filed on the record and therefore denies Plaintiffs' request

MINUTE ORDER - 1

to substitute. Plaintiff may, however, file a praecipe to correct the erroneous documents pursuant to Local Civil Rule 7(m). *See* Local Rules W.D. Wash. LCR 7(m) ("In the event that an error is discovered [in a filed document], a party should file, as promptly as possible, a praecipe requesting that the court consider a corrected document, which must be filed as an attachment to the praecipe."). In light of the parties' representation that the original documents contain voluminous citation errors, Plaintiff need not identify the corrections by page and line number in his praecipe. (*See* Stip. ¶ 6); *see* Local Rules W.D. Wash. LCR 7(m). Plaintiff shall file a praecipe for each document he wishes to correct by no later than **May 30, 2025**. Defendant shall cite the corrected documents, rather than the original documents, in its response to Plaintiff's motion to exclude.

Filed and entered this 28th day of May, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2